**PROBABLE CAUSE AFFIDAVIT**
**Ismael SANTIAGO-MARTINEZ**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Ismael SANTIAGO-MARTINEZ (hereinafter referred to as SANTIAGO-MARTINEZ) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing ammunition, and the ammunition was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that SANTIAGO-MARTINEZ committed this offense.

4. According to a CPD report that I have reviewed, on or about December 8, 2023, uniformed CPD officers were dispatched to 708 Karen Ct., Columbus, Ohio on a report of domestic violence. Officers were advised that there was loud arguing in the background and the call had disconnected with no answer on callback.

5. At scene officer contacted the victim. The victim exited the home and spoke with officers. Using interpreter officers were told that SANTIAGO-MARTINEZ and the victim had an argument.

6. The argument started after the victim learned that SANTIAGO-MARTINEZ had a gun in the home. The victim took a loaded magazine and ammunition from SANTIAGO-MARTINEZ and placed it in his/her room.

7. SANTIAGO-MARTINEZ was outside the victim's room when the victim heard a gunshot. The victim provided officers with the magazine and ammunition they had taken from SANTIAGO-MARTINEZ. The victim stated there was more ammunition in the residence.

8. A witness exited the residence. The witness stated while he was exiting the home SANTIAGO-MARTINEZ was holding a firearm. The witness stated earlier in the evening they were asleep when they were woken by gunshots. The witness heard an argument between SANTIAGO-MARTINEZ and the victim.

9. A perimeter was established around the home. Loud verbal commands over a cruiser's P.A. system were made requesting SANTIAGO-MARTINEZ exit the residence.

**PROBABLE CAUSE AFFIDAVIT**
**Ismael SANTIAGO-MARTINEZ**

10. Officers filed misdemeanor arrest warrants for SANTIAGO-MARTINEZ/. These warrants charged SANTIAGO-MARTINEZ with domestic violence threats and aggravated menacing.

11. The Columbus Police SWAT responded to the scene and SANTIAGO-MARTINEZ was taken into custody.

12. After SANTIAGO-MARTINEZ was arrested officers located two (2) rounds of .380 caliber ammunition on his persons.

13. During a search of the residence officers did not find a firearm. Officers did find spent .380 caliber shell casings and a spent projectile.

14. SANTIAGO-MARTINEZ was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. United States District Court for the Southern District of Ohio case 2:19-CR-00141 for illegal alien in possession of ammunition.

15. Records from the United States District Court for the Southern District of Ohio case 2:19-CR-00141 show that on or about February 18, 2020, SANTIAGO-MARTINEZ was sentenced to thirty-seven (37) months of imprisonment.

16. Your Affiant confirmed via ATF resources that the aforementioned ammunition possessed by SANTIAGO-MARTINEZ on or about December 8, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

17. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio. Based on this information, your affiant believes probable cause exists that SANTIAGO-MARTINEZ, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two rounds of .380 caliber ammunition, and the ammunition was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2024.01.03 09:41:56 -05'00'

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of  3rd , January, 2024 , at Columbus, Ohio.

_Chelsey M. Vascura_
**U.S. MAGISTRATE JUDGE CHELSEY M. VASCURA**